848

No. 243, Misc.  FALLON *v.* FAY, WARDEN.  Supreme Court of New York, Dutchess County.  Certiorari denied.

No. 257, Misc.  DEBOOR *v.* INDIANA.  Supreme Court of Indiana.  Certiorari denied.

No. 266, Misc.  CARMACK *v.* ALABAMA.  Supreme Court of Alabama.  Certiorari denied.  Petitioner *pro se. MacDonald Gallion*, Attorney General of Alabama, and *David W. Clark*, Assistant Attorney General, for respondent.

No. 275, Misc.  BAILLEAUX *v.* GLADDEN, WARDEN.  Supreme Court of Oregon.  Certiorari denied.

No. 284, Misc.  CLARK *v.* PEPERSACK, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 285, Misc.  DEHLER *v.* MINNESOTA.  Supreme Court of Minnesota.  Certiorari denied.  *T. Eugene Thompson* for petitioner.

No. 290, Misc.  TAYLOR *v.* TEXAS.  Court of Criminal Appeals of Texas.  Certiorari denied.  *John Cutler* for petitioner.

No. 291, Misc.  CHEESEBORO *v.* PEPERSACK, WARDEN.  C. A. 4th Cir.  Certiorari denied.